

## NUMBER 13-20-00167-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RICHARD URIBE,                                                                                     Appellant,

v.

BRIAR-RIDGE, LLC,                                                                                  Appellee.

### On appeal from the 197th District Court
### of Cameron County, Texas.

## ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

Appellant, Richard Uribe, filed an affidavit of indigence. Accordingly, we abate this appeal and remand the cause to the trial court. We issue this order, accompanied by appellant's "Affidavit of Indigence," to the trial court and the court reporter, and all parties.

If a contest is timely filed, we ORDER the trial court, within 40 days from the date of this order, to prepare a written order and written findings of fact and conclusions of law regarding its indigence determination.   We further ORDER the trial court clerk, as soon as practicable but in no event later than 60 days from the date of this order, to file a supplemental clerk's record, containing (1) the contest; (2) the trial court's order; and (3) the trial court's findings of fact and conclusions of law.   The court reporter is ORDERED to prepare and file the reporter's record of the trial court's hearing as soon as practicable but in no event later than 60 days from the date of this order.

If no contest is filed or a contest is filed untimely, we ORDER the trial court clerk to file a supplemental clerk's record containing a certificate that states either no contest or the contest was filed untimely on or before 60 days from the date of this order.

PER CURIAM

Delivered and filed the
30th day of April, 2020.

2